**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Raimundo MARTINEZ–OROSCO,
Defendant–Appellant.**

**No. 07–50526.**

United States Court of Appeals,
Ninth Circuit.

Submitted June 18, 2008.*

Filed July 3, 2008.

Office of the U.S. Attorney, San Diego, CA, for Plaintiff–Appellee.

Zandra L. Lopez, Esq., Federal Defenders of San Diego, Inc., San Diego, CA, for Defendant–Appellant.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before: REINHARDT, LEAVY, and CLIFTON, Circuit Judges.

MEMORANDUM **

Raimundo Martinez–Orosco appeals the sentence imposed upon the revocation of his supervised release. Martinez–Orosco's contention that the supervised release regime is unconstitutional and that *United States v. HuertaPimental*, 445 F.3d 1220 (9th Cir.2006), has been undermined by the Supreme Court's decision in *Cunningham v. California*, 549 U.S. 270, 127 S.Ct. 856, 166 L.Ed.2d 856 (2007), is foreclosed by our decision in *United States v. Santana*, 526 F.3d 1257, 1262 (9th Cir.2008). *Huerta–Pimental* remains good law after *Cunningham,* and the revocation of Martinez–Orosco's supervised release and resulting imposition of his sentence did not violate his constitutionally protected right. *Id.*

**AFFIRMED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.